**20** CITY OF MENOMINEE vs. CIRCUIT JUDGE (Menominee), 81 M., 577.

To set aside the service of a declaration and notice of rule to plead, for the reason that the Statute does not authorize the commencement of suits by declaration against municipal corporations.

Denied July 2, 1890.

**21** BROWN vs. CIRCUIT JUDGE (Wayne), No. 15690½.

To compel respondent to dismiss a cause commenced by declaration, because no rule to plead had been entered, although a notice of the entry of such rule was endorsed upon the copy of the declaration served.

Order to show cause denied July 1, 1896.

**22** BLANCK vs. CIRCUIT JUDGE (Ingham), 44 M., 98.

To compel respondent to strike a declaration from the files, in a case where service thereof was made at 2 o'clock p. m. and no declaration was filed or rule to plead entered in the office of the clerk of the Circuit Court until 9 o'clock p. m. of the same day.

Denied June 17, 1880, on the ground that Courts will not inquire into fractions of a day where the defendant has not been misled.

**23** GRAND TRUNK RY. CO. vs. CIRCUIT JUDGE (Wayne), No. 14876, 106 M., 248.

To compel respondent to quash the service of a declaration in a suit against relator, a foreign corporation, where the cause of action arose in Canada.

Granted July 9, 1895, with costs.